UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

IN RE:                                          Chapter 11

HEART OF FLORIDA CARDIOVASCULAR
CENTER, LLC,                      Case No.: 8:19-bk-

      Debtor.                           /

## APPLICATION TO EMPLOY ATTORNEY

**THIS APPLICATION** of the Debtor-in-possession, HEART OF FLORIDA CARDIOVASCULAR CENTER, LLC, (the "Debtor" and/or "Applicant"), respectfully requests an order of the court authorizing the employment of the law firm of BUDDY D. FORD, P.A., to represent the Debtor in this case, and in support thereof, states as follows:

    1.    On January 11, 2019, the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code (the "Petition Date"). Debtor is operating its business and managing its financial affairs as a Debtor-in-possession pursuant to Bankruptcy Code §§1107(a) and 1108.

    2.    Debtor wishes to employ BUDDY D. FORD, P.A., a law firm comprised of attorneys duly admitted to practice in this Court, to serve as bankruptcy counsel in this Chapter 11 case. Said attorneys are duly admitted to practice in this Court. The Debtor has agreed to pay BUDDY D. FORD, P.A. a reasonable fee for its services in this case, subject to approve of the Court.

    3.    Applicant has selected BUDDY D. FORD, P.A. for the reason that they have considerable experience in matters of this character, and believe that BUDDY D. FORD, P.A. is well qualified to represent the Debtor-in-Possession in this proceeding.

    4.    The professional services BUDDY D. FORD, P.A. rendered or to be rendered,

include the following:

    a. Analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under Title 11, United States Code;

    b. Advising the Debtor with regard to the powers and duties of the debtor and as Debtor-in-Possession in the continued operation of the business and management of the property of the estate;

    c. Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other documents required by the Court.

    d. Representation of the Debtor at the Section 341 Creditors' meeting;

    e. To give the Debtor legal advice with respect to its powers and duties as Debtor and as Debtor-in Possession in the continued operation of its business and management of its property; if appropriate;

    f. To advise the Debtor with respect to its responsibilities in complying with the United States Trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

    g. To prepare, on the behalf of your Applicant, necessary motions, pleadings, applications, answers, orders, complaints, and other legal papers and appear at hearings thereon;

    h. To protect the interest of the Debtor in all matters pending before the court;

    i. To represent the Debtor in negotiation with its creditors in the preparation of the Chapter 11 Plan; and

    j. To perform all other legal services for Debtor as Debtor-in-Possession which may be necessary herein, and it is necessary for Debtor as Debtor-in-Possession to employ this attorney for such professional services.

5. It is necessary for the Debtor as a debtor-in-possession to employ attorneys to perform the above-mentioned services.

6. To the best of the Debtor's knowledge, BUDDY D. FORD, P.A. has no connection with the Debtor, the creditors, or any other party in interest, or any party in interest, or their

respective attorneys.

7. The terms of employment agreed to between the Applicant and BUDDY D. FORD, P.A., subject to approval of the Court, are that Applicant has agreed to compensate BUDDY D. FORD, P.A., on an hourly basis for services rendered at the standard hourly rates of the respective attorneys and paralegals of BUDDY D. FORD, P.A., which rates range from **$425.00/hour** for the services rendered by Buddy D. Ford, **$375.00/hour** for services rendered by Senior associate attorneys, **$300.00/hour** for services rendered by Junior associate attorneys, **$150.00/hour** for senior paralegal services and **$100.00/hour** for junior paralegal services in the case and are subject to periodic adjustment to reflect economic and other considerations. Applicant further has agreed to reimburse BUDDY D. FORD, P.A., for the actual and necessary expenses BUDDY D. FORD, P.A., incurs in connection with this representation that exceed the cost retainer.

8. Prior to the commencement of this case, the Debtor paid BUDDY D. FORD, P.A., $2,000.00, on a current basis, for services rendered and costs incurred prior to commencement of this case with respect to prepare the Petition for reorganization under Chapter 11 of the Code and filing of all related initial pleadings to be filed in this case, and pre-petition expenses in this case.

9. Prior to the commencement of this case the Debtor paid an advance fee of $10,000.00, as follows:

- $2,000.00 pre-filing fee retainer (paid pre-filing, as set forth in paragraph 8 above);
- $6,283.00 post-filing fee/cost retainer (paid pre-filing);
- $1,717.00 filing fee.

BUDDY D. FORD, P.A. will apply the advance fee to its periodic billings subject to interim and

3

final applications for compensation and approval by the Court, and, at an appropriate time, BUDDY D. FORD, P.A., may make application for an award of additional compensation; and the Debtor, subject to Court approval, shall be responsible for all fees and expenses incurred by BUDDY D. FORD, P.A., after depletion of the advance fee, if any.

10. BUDDY D. FORD, P.A. represents no interest adverse to Debtor as Debtor-in-Possession or the estate in the matters upon which it is to be engaged for Debtor as Debtor-in-Possession, and it's employment would be in the best interests of this estate.

11. No Trustee has been appointed herein.

**WHEREFORE**, HEART OF FLORIDA CARDIOVASCULAR CENTER, LLC, your Applicant, prays that it be authorized to employ and appoint BUDDY D. FORD, P.A. under a general retainer, to represent it as Debtor-in-Possession in this proceeding under Chapter 11 of said Code; and that it have such other and further relief as is just.

DATED on this 11th day of January, 2019.

HEART OF FLORIDA CARDIOVASCULAR CENTER, LLC,

_____
Nancy Kastner, Manager

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of January, 2019, a true and correct copy of the foregoing was sent by ■ CM/ECF Electronic Mail to:

Buddy D. Ford, *Attorney for Debtor*, Buddy@tampaesq.com, All@tampaesq.com;

United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV

and, by ■ Regular U.S. Mail to:

    Heart of Florida Cardiovascular Center, LLC, 294 Patterson Rd., Ste. B, Haines City, FL 33844

    Respectfully submitted,

    BUDDY D. FORD, P.A.,

    _____
    Buddy D. Ford, Esquire (FBN: 0654711)
    Email: *Buddy@tampaesq.com*
    Jonathan A. Semach, Esquire (FBN: 0060071)
    Email: *Jonathan@tampaesq.com*
    9301 West Hillsborough Avenue
    Tampa, Florida  33615-3008
    Telephone #: (813) 877-4669
    Facsimile #: (813) 877-5543
    Office Email: *All@tampaesq.com*
    Attorney for Debtor