**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

IN RE:                                                          Chapter 11

HEART OF FLORIDA CARDIOVASCULAR
CENTER, LLC,                                                    Case No.: 8:19-bk-00249-MGW

    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**COMES NOW** HEART OF FLORIDA CARDIOVASCULAR CENTER, LLC (the "Debtor") by and through its undersigned attorney, and files this, its *Chapter 11 Case Management Summary*, pursuant to Local Rule 2081-1(b), as follows:

1. **Order for Relief**:

   On January 11, 2019 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Accordingly, pursuant to Bankruptcy Code §§1107(a) and 1108, the Debtor is operating its business and managing its affairs as a Debtor-in-possession.

2. **Related Case(s)**:

   | Name(s) | Case Number(s) | Date of Filing |
   |---|---|---|
   | None | | |

3. **Description of Debtor's business:**

   The Debtor was incorporated on June 18, 2013. The Debtor is engaged in the ownership of a cardiovascular center that provides a facility for Doctors to diagnose and treat cardiovascular outpatients. The Debtor is currently not operating but intends to reopen in the near future.

4. **Locations of Debtor's operations and whether leased or owned:**

   As of the date of the Petition Date, the Debtor's manager, Nancy Kasten, manages the financial affairs of the Debtor from her home. The business premises is located at 294 Patterson Road, Suite B, Haines City, Florida 33844-6251, which is subject to a lease by SJC Properties, Inc.

5. **Reasons for filing Chapter 11:**

   The primary factor precipitating the Chapter 11 filing was the a substantial downturn in the Debtor's financial position. Accordingly, the Debtor filed this Chapter 11 case in order to restructure its secured and unsecured debt, increase revenues, and implement efficient operating procedures.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during one (1) year prior to filing:**

   | Name | Title | Interest | Compensation |
   |---|---|---|---|
   | Cath-Life, LLC | D/MBR | 66.667% | $0.00 |
   | JSN Enterprises LLC | D/MBR | 16.6665% | $0.00 |
   | Scott Hannum | Director | 16.6665% | $0.00 |
   | Nancy Kastner | MGR | 0% | $2,500 / wk. |

7. **Debtor's annual gross revenues:**

   | | |
   |---|---|
   | 2018 (Estimated) | $759,500.00 |
   | 2017 (Gross receipts or sales) | $2,299,765.00 |
   | 2016 (Gross receipts or sales) | $4,364,154.00 |

8. **Amounts owed to various classes of creditors:**

   a. Obligations owed to *priority* such as governmental creditors for taxes or individuals for wages:

   | Identity | amounts owed |
   |---|---|
   | Department of Revenue | None known |
   | Internal Revenue Service | None known |
   | Polk County Tax Collector | $751.01 |
   | Brittanie Evers | $3,827.12 |
   | Hanna Koon | $2,836.33 |
   | Hilda Serrano | $1,352.20 |
   | Jennifer Rosado | $205.08 |
   | Lauren Register | $2,137.66 |

| | |
|---|---:|
| Maryssa Harris | $72.26 |
| Taylor Ross | $960.47 |
| **TOTAL** | **$12,142.13** |

    b.    Identity, collateral, and amounts owed to *secured* creditors:

| Identity | Collateral | amounts owed |
|---|---|---:|
| Philips Medical Capital, LLC | One (1) Philips Diamond Select Xper FD20 Cardia Ceiling System, One (1) Philips XPER Flex Cardio Control Room, and Philips Xcelera R3.x AND Office Space, Equipment, and Personnel Lease for Cardiac Catheterization Lab | $427,000.00 |
| Regions Bank | All Assets | $110,000.00 |
| | **TOTAL** | **$537,000.00** |

    c.    Amount of *unsecured* claims:

| Identity | amounts owed |
|---|---:|
| Purchases; Credit; Services; Advertisement; Loans; Deficiencies; Payment arrearages; etc. | $743,898.63 |
| **TOTAL** | **$743,898.63** |

9. **General description and approximate value of the Debtor's current and fixed assets:**

| Description | Approx. Value |
|---|---:|
| Checking account @ Regions Bank | $3,636.32 |
| Accounts Receivables (Less than 90 days) | $88,354.69 |
| Accounts Receivables (Greater than 90 days) | $26,134.00 |
| Various Medical Supplies | $65,000.00 |
| Office furnishing & Equipment | $25,000.00 |
| One (1) Philips Diamond Select Xper FD20 Cardia Ceiling System, One (1) Philips XPER Flex Cardio Control Room, and Philips Xcelera R3.x AND Office Space, Equipment, and Personnel Lease for Cardiac Catheterization Lab | $150,000.00 |

| | |
|---|---:|
| Counterclaim against TAW | Unknown |
| Possible Claim against Irfan Siddiqui | Unknown |
| **TOTAL** | **$358,125.01** |

10. **Number of employees and amount of wages owed as of Petition date:**

    The Debtor has no employees.  There were past due wages as of the date of filing the Petition

11. **Status of Debtor's payroll and sales tax obligations, if applicable:**

    There were no pre-petition payroll taxes and/or unemployment compensation obligations due as of the date of filing the Petition.  There were no sales tax obligations as of the date of the petition.

12. **Anticipated emergency relief to be requested within fourteen (14) days from the petition date:**

    None

13. **Anticipated strategic objectives:**

    1. Recommence operations,
    2. Determine actual amounts owed, including but not limited to the valuation of Collateral, and
    3. Implement a controlled repayment plan.

**RESPECTFULLY SUBMITTED,** on this  29th  day of January, 2019.

>BUDDY D. FORD, P.A.,
>
> /s/   Buddy D. Ford
>Buddy D. Ford, Esquire (FBN: 0654711)
>Email: *Buddy@tampaesq.com*
>Jonathan A. Semach, Esquire (FBN: 0060071)
>Email: *Jonathan@tampaesq.com*
>9301 West Hillsborough Avenue
>Tampa, Florida  33615-3008
>Telephone #: (813) 877-4669
>Facsimile #: (813) 877-5543
>Office Email: *All@tampaesq.com*
>Attorney for Debtor

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this  29th  day of January, 2019, a true and correct copy of the foregoing was sent by O CM/ECF Electronic Mail to:

    Richard B Storfer    rstorfer@rprslaw.com
    Denise E Barnett    denise.barnett@usdoj.gov
    United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV

and, by O Regular U.S. Mail to:

    Heart of Florida Cardiovascular Center, LLC, 294 Patterson Rd., Ste. B, Haines City, FL 33844

    /s/   Jonathan A. Semach
    Jonathan A. Semach, Esquire (FBN: 0060071)
    Email: *Jonathan@tampaesq.com*